UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | Docket No. 2:19-cr-51-1 |
| ) | |
| DEREK SPILMAN, ) | |
| Defendant. ) | |

## NOTICE OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the District of Vermont hereby dismisses the Indictment as to defendant DEREK SPILMAN, without prejudice, in the above-captioned case. Defendant SPILMAN has pleaded guilty to a Superseding Information in case number 2:19-cr-27. Count Three of that Superseding Information is duplicative to the allegation contained in the Indictment in the above-captioned case.

Dated at Burlington, in the District of Vermont, this 4th day of September, 2019.

Respectfully submitted,

UNITED STATES OF AMERICA

CHRISTINA E. NOLAN
United States Attorney

By:   ___/s Jonathan Ophardt_____
JONATHAN A. OPHARDT
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal and the Indictment is hereby dismissed without prejudice as to defendant DEREK SPILMAN.

_____                              _____
DATE                                         CHRISTINA REISS
                                             United States District Judge